| | |
|---|---|
| | District Judge Robert S. Lasnik |
| | Magistrate Judge Mary Alice Theiler |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIMITRY SEU, | No. C07-0859-RSL |
| Petitioner, | |
| v. | JOINT STIPULATION AND ORDER OF DISMISSAL |
| MICHAEL CHERTOFF, et. al., | |
| Respondents. | (Note on Motion Calendar Today, Pursuant To Local Rule 7(d)(1)) |

    COMES NOW the Petitioner, by and through his counsel, Allen R. Peters, and the Respondents, by and through their counsel, Jeffrey C. Sullivan, United States Attorney for the Western District of Washington, and Kristin B. Johnson, Assistant United States Attorney for said District, and hereby stipulate to the dismissal of Petitioner's Complaint for Declaratory Injunctive Relief and Petition for Writ of Habeas Corpus.

    WHEREAS Petitioner filed a Complaint for Declaratory Injunctive Relief and Petition for Writ of Habeas Corpus on June 6, 2007, asking the Court to enjoin Respondents from transferring Petitioner out of this judicial district (Dkt. #1).

    WHEREAS subsequent to the filing of the Complaint, Respondents agreed not to transfer Petitioner out of this judicial district. Petitioner continues to be detained at the Northwest Detention Center in Tacoma, Washington.

    NOW, THEREFORE, the parties, through their respective counsel of record, HEREBY STIPULATE, AGREE, AND JOINTLY MOVE, that this Court may make the following order:

    1. Petitioner's Complaint for Declaratory Injunctive Relief and Petition for Writ of Habeas Corpus is DISMISSED, with prejudice and without fees or costs to either party.

SO STIPULATED.

JOINT STIPULATION AND ORDER
OF DISMISSAL – 1
(C07-00859-RSL-MAT)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1  DATED this 2nd day of August, 2007.

2

3  s/ Allen R. Peters
   ALLEN R. PETERS, WSBA #24988
4  Attorney for Petitioner

5

6  SO STIPULATED.

7  DATED this 2nd day of August, 2007.

8  JEFFREY C. SULLIVAN
   United States Attorney
9

10  s/ Kristin Johnson
    KRISTIN B. JOHNSON, WSBA #28189
11  Assistant United States Attorney
    Attorney for Respondents
12

13                    **ORDER**

14        IT IS HEREBY ORDERED that:

15        The Joint Stipulation to Dismiss Petitioner's Complaint for Declaratory Injunctive Relief

16  and Petition for Writ of Habeas Corpus is APPROVED and GRANTED.  This action is

17  DISMISSED with prejudice, and without fees or costs to either party.

18        DATED this 3rd day of August, 2007.

19

20

21                                    _____
                                      Robert S. Lasnik
22                                    United States District Judge

23

24

25  RECOMMENDED for entry
    this 2nd day of August, 2007.
26
    s/ Mary Alice Theiler
27  United States Magistrate Judge

28

JOINT STIPULATION AND ORDER
OF DISMISSAL  – 2
(C07-00859-RSL-MAT)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970